UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| David A. McDougall, *Individually and as Trustee for the Next-of-Kin of Decedent Cynthia A. McDougall*, | ) ) ) ) | |
| Appellee, | ) ) | No. 24-3614 |
| v. | ) ) | |
| CRC Industries, Inc., | ) ) | |
| Appellant. | ) | |

## <u>CERTIFICATE THAT ENTIRE TRANSCRIPT IS ON FILE AND NO FURTHER TRANSCRIPT WILL BE ORDERED</u>

Pursuant to Fed. R. App. P. 10(b)(1), appellant CRC Industries, Inc., certifies that the entire transcript is on file and in the record, including transcripts previously ordered, delivered, and docketed of the following:

1. the April 15-19 and 22-26, 2024 jury trial (Doc. 291-301);

2. the April 11, 2024 pre-trial hearing (Doc. 290);

3. the June 16, 2023 summary-judgment-motion hearing (Doc. 142); and

4. the December 8, 2020 motion-to-dismiss hearing (Doc. 34).

No hearing occurred on the post-trial motions or on any other matter.

Arthur, Chapman, Kettering,
Smetak & Pikala, P.A.


Dated: January 3, 2025

*/s/ Elizabeth A. Jenson Prouty*
Elizabeth A. Jenson Prouty (#0389275)
Jeffrey M. Markowitz (#391959)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
baprouty@ArthurChapman.com
jmmarkowitz@ArthurChapman.com

Robert J. Gilbertson (# 22361X)
David J. Wallace-Jackson (# 288767)
Virginia R. McCalmont (# 399496)
FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
Capella Tower
225 South 6th Street, Suite 1500
Minneapolis, MN 55402
(612) 474-3300
bgilbertson@forsgrenfisher.com
dwallace-jackson@forsgrenfisher.com
vmccalmont@forsgrenfisher.com

*Attorneys for Appellant*
*CRC Industries, Inc.*