# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Robert James Gilbertson |
| | Jeffrey Michael Markowitz |
| | Virginia R. McCalmont |
| | Elizabeth Ann Jenson Prouty |
| | David J. Wallace-Jackson |
| **CC:** | Ryan W. Marth |
| | Michael D. Reif |
| | Julie Reynolds |
| **FROM:** | Hillary A. Grupe |
| **DATE:** | March 05, 2025 |
| **RE:** | 24-3614  David McDougall v. CRC Industries, Inc. |

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
   **X**    References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____ R. Doc. _____, at _____.)
   *-Documents from the district court record contained in the addendum should also be included in the appendix and referenced to accordingly. SEE FRAP Rule 30(a)(1). (App. ____ R. Doc. ____ at ____ Add. ____)*
   *-There are district court docket number references missing the corresponding appendix page number reference.  SEE pg. 41 of the brief.*
   *-There are appendix references missing the corresponding district court docket number reference.  NOTE: If the appendix reference is to an exhibit that was admitted into the record but is not electronically available on the district court's docket, please add a footnote indicating which appendix page numbers/exhibits are not electronically available.*
   *-References to district court docket numbers should be to "R.Doc."; "Doc." is <u>not</u> permitted. SEE pg. 11 of the brief.*

**NOTE** Please be mindful of your word court. The trial transcripts have been placed on this court's docket and only need to be referenced to by "Tr." and the page number. The "R. Doc. ## at" before each transcript reference is not needed.

      Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.